IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Marcia S. Krieger

Civil Action No. 13-cv-01350-MSK-KMT

JUDITH A. NEYER, an individual,

    Plaintiff,

v.

ROCKWELL AUTOMATION, INC., a Wisconsin corporation,

    Defendant.

## ORDER OF DISMISSAL

THIS MATTER comes before the Court on the Stipulated Motion to Dismiss With Prejudice (Motion) **(#25)** filed May 15, 2014.  Having reviewed the Motion,

**IT IS ORDERED** that the Motion is GRANTED and all claims asserted in this action are hereby dismissed, with prejudice, each party to bear his, her or its own attorney fees and costs.

DATED this 16th day of May, 2014.

                            **BY THE COURT:**

                            *Marcia S. Krieger*
                            _____

                            Marcia S. Krieger
                            United States District Court